# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRISTOPHER H. GOTTA,**

     **Plaintiff,**

**-vs-**              **Case No. 6:07-cv-656-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

     **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

  This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 17)**
>
> **FILED:**   **November 29, 2007**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED in part**.

  Defendant Commissioner of Social Security seeks an order remanding the case pursuant to sentence six of 42 U.S.C. § 405(g) to admit relevant documents into the record and prepare the

certified record for this Court.[1] The Commissioner has not answered the complaint. Plaintiff does not oppose the motion.

Therefore, I respectfully recommend that the Court issue an order remanding the case for further proceedings and direct the Clerk of Court, thereafter, to close the file administratively pending completion of the proceedings on remand.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 6, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

---

[1]. The Commissioner erroneously captioned the motion as a request for an entry of judgment with remand. Because remand is sought under sentence six, a judgment is not appropriate. In the future, counsel for the Commissioner should take care to conform the title of the motion to the relief sought to avoid entry of a judgment under sentence four of 42 U.S.C. § 405(g) when that is not the relief sought.