UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER H. GOTTA,

        Plaintiff,

-vs-                                   Case No. 6:07-cv-656-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

This case is before the Court on the Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 17) filed November 29, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 6, 2007 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Unopposed Motion for Entry of Judgment with Remand is **GRANTED in part** and this case is remanded for further proceedings.

    3.    The Clerk is directed to administratively close this file pending completion of the proceedings on remand.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___31___ day of December, 2007.

                                                 JOHN ANTOON II
                                                 United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party