**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHRISTOPHER H. GOTTA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-656-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

# ORDER

This case is before the Court on Defendant's Motion to Affirm the Commissioner's Decision Subsequent to Remand for Entry of Judgment (Doc. No. 20) filed September 7, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 22, 2010 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion to Affirm the Commissioner's Decision Subsequent to Remand for Entry of Judgment (Doc. No. 20) is **GRANTED**.

    3.    The final decision of the Commissioner of Social Security is **AFFIRMED.**

4.	The Clerk of the Court is directed to enter final judgment in favor of Plaintiff, Christopher H. Gotta.

5.	After entry of judgment, the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __15th___ day of October, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge